**THIRD DIVISION**
**DILLARD, C. J.,**
**ELLINGTON, P.J. and MCFADDEN, P.J.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**July 11, 2017**

# In the Court of Appeals of Georgia

A15A1092. IN THE INTEREST OF D. V. H., a child.

MCFADDEN, Presiding Judge.

In *In the Interest of D. V. H.*, 335 Ga. App. 299 (779 SE2d 122) (2015), we affirmed the juvenile court's dismissal of two delinquency petitions brought by the state against D. V. H. In *In the Interest of M. D. H.*, 300 Ga. 46 (793 SE2d 49) (2016), the Supreme Court of Georgia reversed our decision. Therefore, we vacate our earlier opinion, we adopt in its place the Supreme Court's opinion in *In the Interest of M. D. H.*, 300 Ga. 46, and we reverse the judgment below.

*Judgment reversed. Dillard, C. J., and Ellington, P. J., concur.*